UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBSEA ROBOTICS, LP, | No. 2:13-CV-01833-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| SCHILLING ROBOTICS, LLC, | |
| Defendant. | |

The Court is in receipt of the parties' Joint Status Report ("JSR") (ECF No. 26) in which the parties indicate that they are in agreement that their dispute must be resolved in arbitration before the American Arbitration Association ("AAA"). The parties have already initiated arbitration proceedings, and the only issue before this Court is resolution of the parties' respective rights to attachment orders.[1] Plaintiff and Defendant thus jointly request that the matter be stayed.

///

///

///

///

---

[1] The Court issued a Memorandum and Order (ECF No. 32) denying the parties' Cross-Motions for Prejudgment Writs of Attachment (ECF Nos. 12, 17), and Plaintiff has filed a Motion for Reconsideration (ECF No. 33).

1    Good cause having been shown, the parties' request for a stay (other than as to
2 their motions for writs of attachment) pending the completion of arbitration is GRANTED.
3 Not later than ninety (90) days following the date this Order is electronically filed, and
4 every ninety (90) days thereafter, the parties are directed to file a new JSR updating the
5 Court as to the status of their arbitration proceedings.
6    IT IS SO ORDERED.
7 Dated: December 18, 2013

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT