UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBSEA ROBOTICS, LP,<br><br>Plaintiff,<br><br>v.<br><br>SCHILLING ROBOTICS, LLC,<br><br>Defendant. | No. 2:13-cv-01833-MCE-EFB<br><br><br><br>**ORDER** |

Presently before the Court is Subsea Robotics, LP's (hereinafter "Subsea") Motion for Reconsideration of the Court's prior order, ECF No. 32, in light of newly discovered evidence, Mot. for Reconsideration, Dec. 15, 2013, ECF No. 33.  Specifically, Subsea argues the Court should reconsider its prior ruling, denying Subsea's motion for a prejudgment writ of attachment, because Subsea "has discovered important new evidence" that Schilling Robotics, LLC (hereinafter "Schilling") is pursuing a sale of two underwater remotely operated vehicles (or "ROVs") manufactured pursuant to a contract that is the subject of an arbitration agreement. Id. at 2.  Subsea contends this new evidence shows that a sale may occur and that sale "would . . . render relief in arbitration 'ineffectual,' because it would eliminate Subsea's ability to secure specific performance." Id. at 6.  Schilling opposes the motion for reconsideration, arguing that Subsea has not

1

1  explained why "an award of . . . monetary damages (instead of specific performance)
2  would" be ineffectual or otherwise inadequate, and Schilling contends Subsea's
3  argument is undercut by the fact that the "contract only provides for monetary relief," and
4  "Subsea has already admitted they want the ROVs for resale (rather than for use)."
5  Opp'n, Jan. 2, 2014, ECF No. 36, at 3.

6      The Court has considered the arguments set forth in Subsea's motion for
7  reconsideration, Schilling's opposition to that motion, and Subsea's reply.  Because
8  Subsea does not sufficiently explain why damages would be inadequate in this case,
9  such that an arbitration award "may be rendered ineffectual without provisional relief,"
10 Cal. Civ. Proc. Code § 12981.8(b); see also Bowen v. Massachusetts, 487 U.S. 879, 925
11 (1988) ("damages after the fact are considered an 'adequate remedy' in all but the most
12 extraordinary cases.") (collecting cases), Subsea's motion for reconsideration, ECF No.
13 33, is DENIED.[1]

14     IT IS SO ORDERED.

15 Dated:  January 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Finding that oral argument would not be of material assistance, the Court previously ordered this matter submitted on the briefs.  E.D. Cal. L.R. 230(g).

2