Jesse L. Miller (SBN 183229)
Email: jessemiller@reedsmith.com
Matthew T. Peters (SBN 256739)
Email: mtpeters@reedsmith.com
Adam M. Forest (SBN 267626)
Email: aforest@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Petitioner
Subsea Robotics, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBSEA ROBOTICS, LP, a New Zealand limited partnership,<br><br>                    Petitioner,<br><br>     vs.<br><br>SCHILLING ROBOTICS, LLC, a Delaware limited liability company,<br><br>                    Respondent. | Case No. 2:13-cv-01833<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE HEARING ON MOTION TO CONFIRM ARBITRATION AWARD AND TO EXTEND DEADLINE FOR UPDATED STATUS REPORT**<br><br>Date:      February 19, 2015<br>Time:     2:00 p.m.<br>Place:     Courtroom 7<br><br>Honorable Morrison C. England |

**ORDER**

Petitioner Subsea Robotics, LP ("Subsea") and Respondent Schilling Robotics, LLC ("Schilling") have jointly requested that the Court continue the hearing on Subsea's Motion to Confirm Arbitration Award, and have asked that the Court continue the deadline to submit an updated status report in advance of that hearing. Subsea and Schilling are continuing their efforts to resolve the outstanding disputes between them, and therefore request an additional three weeks in the hopes that they can resolve those disputes.

Upon consideration of the parties' joint request, and for good cause shown, IT IS HEREBY ORDERED that:

The joint request for continuance is GRANTED. The hearing on Subsea's Motion to Confirm Arbitration Award is continued from February 19, 2015 to March 19, 2015 at 2:00 p.m. The parties shall submit an updated Joint Status Report not later than March 9, 2015.

**IT IS SO ORDERED.**

DATED: February 18, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -

ORDER GRANTING JOINT REQUEST TO CONTINUE HEARING ON MOTION TO CONFIRM ARBITRATION AWARD AND TO EXTEND DEADLINE FOR UPDATED STATUS REPORT