VALOREM LAW GROUP
Patrick J. Lamb (*pro hac* pending)
Patrick.lamb@valoremlaw.com
35 E. Wacker Drive, Suite 3000
Chicago, Illinois 60601
Telephone: (312) 676-5462
Facsimile: (312) 676-5499

SEYFARTH SHAW LLP
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant and Counterclaimant
SCHILLING ROBOTICS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBSEA ROBOTICS, LP,<br><br>             Plaintiff,<br><br>      v.<br><br>SCHILLING ROBOTICS, LLC,<br><br>             Defendant. | Case No. 2:13-CV-01833-MCE<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE MOTION TO CONFIRM ARBITRATION AWARD AND TO EXTEND DEADLINE FOR UPDATED STATUS REPORT**<br><br>Date:     March 19, 2015<br>Time:    2:00 p.m.<br>Place:    Courtroom 7<br>Judge:   Hon. Morrison C. England |

1

1    Petitioner Subsea Robotics, LP ("Subsea") and Respondent Schilling Robotics, LLC ("Schilling") have jointly requested that the Court continue the hearing on Subsea's Motion to Confirm Arbitration Award, and have asked that the Court continue the deadline to submit an updated status report in advance of that hearing. Subsea and Schilling are continuing their efforts to resolve the outstanding disputes between them, and therefore request an additional three weeks in the hopes that they can resolve those disputes.

    Upon consideration of the parties' joint request, and for good cause shown, IT IS HEREBY ORDERED that:

    The joint request for continuance is GRANTED. The hearing on Subsea's Motion to Confirm Arbitration Award is continued to April 16, 2015 at 2:00 p.m. The parties shall submit an updated Joint Status Report not later than April 13, 2015.

    IT IS SO ORDERED.

Dated: March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT