| | |
|---|---|
| 1 | Jesse L. Miller (SBN 183229)<br>Email: jessemiller@reedsmith.com |
| 2 | Matthew T. Peters (SBN 256739)<br>Email: mtpeters@reedsmith.com |
| 3 | Adam M. Forest (SBN 267626)<br>Email: aforest@reedsmith.com |
| 4 | REED SMITH LLP |
|   | 101 Second Street, Suite 1800 |
| 5 | San Francisco, CA  94105-3659 |
|   | Telephone: +1 415 543 8700 |
| 6 | Facsimile: +1 415 391 8269 |
| 7 | Attorneys for Plaintiff / Petitioner |
|   | Subsea Robotics, LP |
| 8 | |
|   | Giovanna A. Ferrari (SBN 229871) |
| 9 | Email: gferrari@seyfarth.com |
|   | SEYFARTH SHAW LLP |
| 10| 560 Mission Street, Suite 3100 |
|   | San Francisco, CA 94105-2930 |
| 11| Telephone: +1 415 544-1019 |
|   | Facsimile:  +1 415 397 8549 |
| 12| |
|   | Patrick J. Lamb (admitted *pro hac vice*) |
| 13| Patrick.lamb@valoremlaw.com |
|   | VALOREM LAW GROUP |
| 14| 35 East Wacker Drive, Suite 3000 |
|   | Chicago, IL 60601 |
| 15| Telephone:  +1 312 676 5460 |
|   | Facsimile:  + 1 312 676 5499 |
| 16| |
|   | Attorneys for Defendant / Respondent |
| 17| Schilling Robotics, LLC |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBSEA ROBOTICS, LP, a New Zealand limited partnership, | Case No. 2:13-cv-01833 |
| Petitioner, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE;  ORDER THEREON** |
| vs. | [Fed. R. Civ. P. 41(a)(2)] |
| SCHILLING ROBOTICS, LLC, a Delaware limited liability company, | Honorable Morrison C. England |
| Respondent. | |

- 1 -
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Subsea Robotics, LP and Schilling Robotics, LLC (collectively, the "Parties") stipulate to the dismissal of this case with prejudice and request that the Court enter an Order dismissing the case with prejudice.  All parties shall bear their own attorneys' fees and costs incurred in this action, with the exception of the fees awarded in a related arbitration, which have already been paid.

Stipulated and Jointly Submitted,

DATED:  June 22, 2015.             REED SMITH LLP

By     /s/ Matthew T. Peters
   Jesse L. Miller (SBN 183229)
   Matthew T. Peters (SBN 256739)
   Adam M. Forest (SBN 267626)
   Attorneys for Petitioner Subsea Robotics, LP

DATED:  June 22, 2015.             VALOREM LAW GROUP

SEYFARTH SHAW LLP

By     /s/ Giovanna A. Ferrari

   Patrick J. Lamb (*pro hac vice* pending)
   Giovanna A. Ferrari (SBN 229871)
   Attorneys for Respondent Schilling Robotics LLC

### ORDER

Pursuant to the Stipulation of the Parties, this case is hereby dismissed, with prejudice.  The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  June 22, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT